# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

KEVIN DAVIS,

        Plaintiff,

v.

CLARK COUNTY DETENTION CENTER, *et al.*,

        Defendants.

2:09-cv-02196-RCJ-LRL

**O R D E R**

      Before the court is plaintiff's Motion to Reconsider the Appointment of Counsel (#17), through which plaintiff asks the court to reconsider its Order (#11) denying without prejudice plaintiff's Motion for Appointment of Counsel (#9).  The court has considered the motion (#17) and the Order (#11) denying the original motion.  The court again finds that plaintiff has demonstrated sufficient writing ability and legal knowledge to articulate his claims and arguments.  Moreover it is still far from clear that plaintiff will likely prevail on the merits.

      Accordingly,

      IT IS ORDERED that plaintiff's Motion to Reconsider the Appointment of Counsel (#17) is DENIED.

      DATED this 12th day of January, 2011.

                                                _____
                                                **LAWRENCE R. LEAVITT**
                                                **UNITED STATES MAGISTRATE JUDGE**